NUMBER 13-07-487-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


LUCIANO SARABOSING, JR., M.D., P.A., Appellant,


v.



CHILDREN'S CENTER OF VICTORIA, L.L.P., ET AL., Appellees.

______________________________________________________ _


On appeal from the 267th District Court


of Victoria County, Texas.


_______________________________________________________ 


MEMORANDUM OPINION


 

Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam



 Appellant, LUCIANO SARABOSING, JR., M.D., P.A., attempted to perfect an
appeal from an order entered by the 267th District Court of Victoria County, Texas,
in cause no. 06-4-64,203-A. The clerk's record was received on August 7, 2007. 

 Upon review of the clerk's record, it appeared that the order from which this
appeal was taken was not a final appealable order. Pursuant to Tex. R. App. P. 42.3,
notice of this defect was given so that steps could be taken to correct the defect, if
it could be done. Appellant was advised that, if the defect was not corrected within
ten days from the date of receipt of this notice, the appeal would be dismissed for
want of jurisdiction. Appellant's response to this Court's notice was received on
August 29, 2007. In his response, appellant states that this Court is correct in that
the order from which the appeal was taken is not a final appealable order and that the
defect cannot be cured at this time. Appellant states that there will be no appeal filed
or pursued at this time. 

 The Court, having considered the documents on file, appellant's response, and
appellant's failure to correct the defect in this matter, is of the opinion that the appeal
should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR
WANT OF JURISDICTION.

 PER CURIAM


Memorandum Opinion delivered and 

filed this the 20th day of September, 2007.